

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael McMillian,
                                              * From the 42nd District Court
                                                of Taylor County,
                                                Trial Court No. 29918-A.

Vs. No. 11-22-00155-CR                        * September 19, 2024

The State of Texas,                           * Memorandum Opinion by Williams, J.
                                                (Panel consists of: Bailey, C.J.,
                                                Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgments below.   Therefore, in accordance with this court's opinion, we modify the Judgments of Conviction for Count I and III to reflect that punishment was assessed by the trial court.   As modified, we affirm the judgments of the trial court.